# DWYER SCHRAFF MEYER GRANT & GREEN
ATTORNEYS AT LAW ❖ A LAW CORPORATION

1800 PIONEER PLAZA ❖ 900 FORT STREET MALL ❖ HONOLULU, HAWAII 96813
TELEPHONE: (808) 524-8000 ❖ FACSIMILE: (808) 537-4667 ❖ HOME PAGE: www.dwyerlaw.com

JOHN R. DWYER, JR.
PAUL A. SCHRAFF
WILLIAM G. MEYER, III
RONALD V. GRANT
ADELBERT GREEN
LAUREN B. LUIS
PATRICK K. SHEA

JARED H. JOSSEM (1942 – 2003)

Of Counsel:
BEATRICE L. K. DAWSON

WILLIAM G. MEYER III
INTELLECTUAL PROPERTY
ENTERTAINMENT
ART LAW
INTERNET
E-COMMERCE
LITIGATION

Direct (808) 534-4412
wmeyer@dwyerlaw.com

March 27, 2006

**VIA HAND DELIVERY**

Office of the U.S. District Court Clerk
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Re:   **William R. Kowalski, et al. v. Asiana Management Group, Inc.; Civil No. 04-00080 JMS/LEK (USDC, D. Haw.)**

To Whom It May Concern:

Please allow this letter to serve as notice to the Court that attorney Erik W. Kvam is no longer affiliated with the law firm of Dwyer Schraff Meyer Grant & Green and Mr. Kvam is no longer involved in Civil No. 04-00080 JMS/LEK as counsel for Asiana Management Group, Inc. We would appreciate the Court updating its records accordingly.

Thank you for your attention to this matter.

Very truly yours,

DWYER SCHRAFF MEYER
GRANT & GREEN

William G. Meyer, III

WGM:jmb

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 30 2006
DISTRICT OF HAWAII

256114.1