IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ASIANA MANAGEMENT GROUP, INC. (dba ACE SUSHI),<br><br>Defendant. | CIVIL NO. 04-00080 JMS-LEK<br><br>DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

Plaintiffs WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., by and through their attorneys, CADES SCHUTTE, A Limited Liability Law Partnership, hereby demand, pursuant to Rule 38 of the Federal Rules of Civil Procedure, trial by jury on all issues so triable herein.

DATED: Honolulu, Hawaii, May 26, 2006.

              CADES SCHUTTE LLP

              /s/ Milton M. Yasunaga
              MILTON M. YASUNAGA
              MARTIN E. HSIA
              Attorneys for Plaintiffs
              WILLIAM R. KOWALSKI and HAWAII
              INTERNATIONAL SEAFOOD, INC.