IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ASIANA MANAGEMENT GROUP, INC. (doing business as ACE SUSHI), <br><br>Defendant. | CIVIL NO. 04-00080 JMS-LEK <br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the May 26, 2006, a true and correct copy of First Amended Complaint was duly served by Electronically through CM/ECF on the following:

William G. Meyer, III        wmeyer@dwyerlaw.com

Served by Electronically and U.S. mail on :

Kamran Fattahi
Encino Office Park II
6345 Balboa Boulevard, Suite 330
Encino, CA 91316
Email: kfattahi@earthlink.net

ImanageDB:652605.1

-2-

DATED: Honolulu, Hawaii, May 26, 2006.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.