IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. 04-00080 JMS-LEK |
| | CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| v. | |
| ASIANA MANAGEMENT GROUP, INC. (doing business as ACE SUSHI), | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the May 26, 2006, a true and correct copy of

Plaintiffs' Scheduling Conference Statement was duly served by Electronically

through CM/ECF on the following:

William G. Meyer, III          wmeyer@dwyerlaw.com

Served by Electronically and U.S. mail on :

Kamran Fattahi
Encino Office Park II
6345 Balboa Boulevard, Suite 330
Encino, CA 91316
Email: kfattahi@earthlink.net

DATED:  Honolulu, Hawaii, May 26, 2006.

                        CADES SCHUTTE LLP


                        /s/ Milton M. Yasunaga
                        MILTON M. YASUNAGA
                        MARTIN E. HSIA
                        Attorneys for Plaintiffs
                        WILLIAM R. KOWALSKI and HAWAII
                        INTERNATIONAL SEAFOOD, INC.