AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at 2 o'clock and 30 min P.M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

District of Hawaii

WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.

V.

ASIANA MANAGEMENT GROUP, INC. (doing business as ACE SUSHI)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   CV04-00080 JMS-LE

TO: (Name and address of Defendant)

ALL NAMED DEFENDANT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MILTON M. YASUNAGA
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

first amended
an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                    MAY 3 1 2006

CLERK                                          DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

                            _____
                            *Signature of Server*

                            _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.