# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00080JMS-LEK |
| CASE NAME: | William R. Kowalski, et al. Vs. Asiana Management Group, Inc., dba Ace Sushi |
| ATTYS FOR PLA: | Milton M. Yasunaga |
| ATTYS FOR DEFT: | William G. Meyer, III |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/05/2006 | TIME: | 9:00-9:05 |

COURT ACTION:  EP: Rule 16 Scheduling Conference held.

1. Jury trial on April 3, 2007 at 9:00 a.m. before JMS
2. Final Pretrial Conference on February 20, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by February 13, 2007
5. File motions to Join/Add Parties/Amend Pleadings by September 1, 2006
6. File other Non-Dispositive Motions by January 3, 2007
7. File Dispositive Motions by November 1, 2006
8a. File Motions in Limine by March 13, 2007
8b. File opposition memo to a Motion in Limine by March 20, 2007
11a. Plaintiff's Expert Witness Disclosures by October 2, 2006
11b. Defendant's Expert Witness Disclosures by November 1, 2006
12. Discovery deadline February 2, 2007
13. Settlement Conference **[with counsel only]** set for July 3, 2006 at 1:30 p.m. before LEK
14. Settlement Conference statements by June 26, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by March 20, 2007
21. File Final witness list by March 13, 2007
24. Exchange Exhibit and Demonstrative aids by March 6, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 13,

      2007
26.    File objections to the Exhibits by March 20, 2007
28a.   File Deposition Excerpt Designations by March 13, 2007
28b.   File Deposition Counter Designations and Objections by March 20, 2007
29.    File Trial Brief by March 20, 2007
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: Rule 16 Scheduling Order to be issued

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00080JMS-LEK;
William R. Kowalski, et al. Vs. Asiana Management Group, Inc., dba Ace Sushi;
Rule 16 Scheduling Conference Minutes
06/05/2006