IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. | CIVIL NO. CV04-00080 JMS-LEK <br><br> DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

Defedant ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI) hereby demands a trial by jury on all issues in this action which are so triable.

DATED: Honolulu, Hawaii, July 7, 2006.

/s/ William G. Meyer, III
WILLIAM G. MEYER, III
PATRICK K. SHEA
Attorneys for Defendant
ASIANA MANAGEMENT GROUP, INC.
(d/b/a ACE SUSHI)

257906.1