IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. | CIVIL NO. CV04-00080 JMS-LEK <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of DEFENDANT ASIANA MANAGEMENT GROUP, INC.'S ANSWER TO FIRST AMENDED COMPLAINT FILED MAY 26, 2006; COUNTERCLAIM; DEMAND FOR JURY TRIAL; CERTIFICATE OF SERVICE was duly served on the parties identified below at their respective address, on July 7, 2006 and in the manner indicated below:

257896.1

|  | U.S. Mail | Via E-mail | Fax |
|---|---|---|---|
| MILTON M. YASUNAGA, ESQ.<br>MARTIN E. HSIA, ESQ.<br>Cades Schutte LLLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii  96813-4216<br><br>Attorneys for Plaintiffs<br>  WILLIAM R. KOWALSKI and<br>  HAWAII INTERNATIONAL<br>  SEAFOOD, INC. | X | X<br><br>myasunaga@cades.com | |

DATED: Honolulu, Hawaii, July 7, 2006.

        /s/ William G. Meyer, III
        WILLIAM G. MEYER, III
        PATRICK K. SHEA
        Attorneys for Defendant
        ASIANA MANAGEMENT GROUP, INC.
        (d/b/a ACE SUSHI)