IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. | CIVIL NO. CV04-00080 JMS-LEK <br><br> DEMAND FOR JURY TRIAL |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Counterclaimant, <br><br> v. <br><br> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Counterclaim Defendants. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Third-Party Plaintiff <br><br> v. <br><br> JFC INTERNATIONAL, INC.; NISHIMOTO TRADING CO., | |

258100.3

LTD.; OSAMU CORPORATION;
JOHN DOES 1-50, JANE DOES 1-50, and DOE PARTNERSHIPS,
CORPORATIONS or ENTITIES
1-50,

      Third-Party
      Defendants.

## DEMAND FOR JURY TRIAL

Third-Party Plaintiff ASIANA MANAGEMENT GROUP, INC. (dba ACE SUSHI) hereby demands a trial by jury on all issues in this action which are so triable.

DATED: Honolulu, Hawaii, July 21, 2006.

_____
WILLIAM G. MEYER, III
PATRICK K. SHEA
KAMRAN FATTAHI
Attorneys for Third-Party Plaintiff
ASIANA MANAGEMENT GROUP, INC.
(dba ACE SUSHI)