IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. CV04-00080 JMS-LEK |
| Plaintiffs, | SUMMONS |
| v. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | |
| Defendant. | |

---

ASIANA MANAGEMENT
GROUP, INC. (d/b/a ACE SUSHI),

        Counterclaimant,

    v.

WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.,

        Counterclaim
        Defendants.

---

ASIANA MANAGEMENT
GROUP, INC. (d/b/a ACE SUSHI),

        Third-Party Plaintiff

    v.

JFC INTERNATIONAL, INC.;
NISHIMOTO TRADING CO.,

LTD.; OSAMU CORPORATION;
JOHN DOES 1-50, JANE DOES 1-
50, and DOE PARTNERSHIPS,
CORPORATIONS or ENTITIES
1-50,

       Third-Party
       Defendants.

## SUMMONS

TO THE ABOVE-NAMED THIRD-PARTY DEFENDANTS:

You are hereby summoned and required to serve upon Third-Party Plaintiff's

attorneys, Kamran Fattahi, whose address is 6345 Balboa Blvd., Suite 330

(Bldg. 2), Encino, California 91316 and William G. Meyer, III or Patrick K. Shea,

whose address is 1800 Pioneer Plaza, 900 Fort Street Mall, Honolulu, Hawai`i

96813, an answer to the Third-Party Complaint which is served upon you, within

twenty (20) days after service of this summons upon you, exclusive of the day of

service. If you fail to do so, judgment by default will be taken against you for the

relief demanded in the Third-Party Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00

a.m. on premises not open to the general public, unless a judge of the above-entitled

court permits, in writing on this summons, personal delivery during those hours.

- 2 -

258100.3

- 3 -

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____ JUL 2 1 2006 _____.

_____
SUE BEITIA

Clerk of the Above-Entitled Court

*Laila M. Jeronimo*

Deputy Clerk, United States
District Court, District of Hawaii

258100.3