IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. | CIVIL NO. CV04-00080 JMS-LEK <br><br> CERTIFICATE OF SERVICE |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Counterclaimant, <br><br> v. <br><br> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Counterclaim Defendants. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Third-Party Plaintiff <br><br> v. <br><br> JFC INTERNATIONAL, INC.; NISHIMOTO TRADING CO., | |

258100.3

| | |
|---|---|
| LTD.; OSAMU CORPORATION; JOHN DOES 1-50, JANE DOES 1-50, and DOE PARTNERSHIPS, CORPORATIONS or ENTITIES 1-50,<br><br>        Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of THIRD-PARTY COMPLAINT BY ASIANA MANAGEMENT GROUP, INC. AGAINST JFC INTERNATIONAL, INC., NISHIMOTO TRADING CO., LTD., OSAMU CORPORATION, AND JOHN DOES 1-50, JANE DOES 1-50, AND DOE PARTNERSHIPS, CORPORATIONS OR ENTITIES 1-50; DEMAND FOR JURY TRIAL; SUMMONS; CERTIFICATE OF SERVICE was duly served on the parties identified below at their respective address, on July 21, 2006 and in the manner indicated below:

258100.3

|  | U.S. Mail | Via E-mail | Fax |
|---|---|---|---|
| MILTON M. YASUNAGA, ESQ.<br>MARTIN E. HSIA, ESQ.<br>Cades Schutte LLLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813-4216 | X | | |

Attorneys for Plaintiffs
  WILLIAM R. KOWALSKI and
  HAWAII INTERNATIONAL
  SEAFOOD, INC.


DATED: Honolulu, Hawaii, July 21, 2006.

_____
WILLIAM G. MEYER, III
PATRICK K. SHEA
KAMRAN FATTAHI
Attorneys for Third-Party Plaintiff
ASIANA MANAGEMENT GROUP, INC.
(dba ACE SUSHI)

- 3 -

258100.3