CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058
MARTIN E. HSIA   2954
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. 04-00080 JMS-LEK |
|---|---|
| Plaintiffs, | ANSWER TO COUNTERCLAIM; CERTIFICATE OF SERVICE |
| v. | |
| ASIANA MANAGEMENT GROUP, INC. (doing business as ACE SUSHI), | |
| Defendant. | |

ANSWER TO COUNTERCLAIM

Plaintiffs WILLIAM R. KOWALSKI (Kowalski) and HAWAII

INTERNATIONAL SEAFOOD, INC. (Hawaii International), on personal

ImanageDB:662069.1

knowledge as to their own activities and on information and belief as to the activities of others, hereby answer the Counterclaim as follows:

## FIRST DEFENSE

1. The Counterclaim fails to state a claim against Kowalski and HISI upon which relief can be granted.

## SECOND DEFENSE

2. Kowalski and HISI admit the allegations in paragraphs 1, 2, and 4 of the Counterclaim.

3. As to the allegations in paragraph 3, Kowalski and HISI admit that they have accused and charged Asiana with patent infringement as stated in their complaint and amended complaint and admit that Asiana has denied liability as stated in its answer, but deny the allegations of paragraph 3 to the extent that they do not accurately represent the positions taken in those earlier pleadings regarding the infringement claim.

4. Kowalski and HISI deny the allegations in paragraphs 5 and 6,

5. Kowalski and HISI deny each and every allegation not specifically admitted herein.

## THIRD THROUGH EIGHTH DEFENSES

6. Defendant's claims are barred by the affirmative defenses of waiver; failure to mitigate; laches; statute of limitations; unclean hands or inequitable

conduct; and estoppel.

WHEREFORE, Kowalski and HISI request entry of judgment in their favor and against Defendant on the Counterclaim as follows:

A. Dismissing with prejudice the Counterclaim against Kowalski and HISI and denying all of Defendant's requests for relief;

B. Awarding Kowalski and HISI their costs, reasonable attorneys' fees, and granting such other and further relief as this Court deems just and proper.

C. Providing the relief requested in the Complaint.

DATED: Honolulu, Hawaii, July 27, 2006.

                            CADES SCHUTTE LLP

                            /s/ Milton M. Yasunaga
                            MILTON M. YASUNAGA
                            MARTIN E. HSIA
                            Attorneys for Plaintiffs
                            WILLIAM R. KOWALSKI and HAWAII
                            INTERNATIONAL SEAFOOD, INC.