IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ASIANA MANAGEMENT GROUP, INC. (doing business as ACE SUSHI), <br><br>　　　　Defendant. | CIVIL NO. 04-00080 JMS-LEK <br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the July 27, 2006, a true and correct copy of ANSWER TO COUNTERCLAIM was duly served Electronically through CM/ECF on the following:

　　William G. Meyer, III　　　　　　wmeyer@dwyerlaw.com

Served Electronically and by U.S. mail on :

　　Kamran Fattahi
　　Encino Office Park II
　　6345 Balboa Boulevard, Suite 330
　　Encino, CA 91316
　　Email: kfattahi@earthlink.net

ImanageDB:662069.1

DATED: Honolulu, Hawaii, July 27, 2006.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
MARTIN E. HSIA
Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.