# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00080JMS-LEK |
| CASE NAME: | William R. Kowalski, et al. vs. Asiana Management Group, Inc., dba Ace Sushi |
| ATTYS FOR PLA: | Milton M. Yasunaga |
| ATTYS FOR DEFT: | William G. Meyer, III<br>Kamran Fattahi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/27/2006 | TIME: | 1:55-2:10 |

COURT ACTION:  EP: Status Conference Re: Notice of Right to Consent to Trial by a United States Magistrate Judge held.

All parties participated by phone.  Third Party Complaint recently filed.

Further Status Conference to be set a later date.

Submitted by: Warren N. Nakamura, Courtroom Manager