IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI, and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ASIANA MANAGEMENT GROUP, INC., dba ACE SUSHI, <br><br> Defendant. | CV. NO. 04-00080 JMS/LEK <br><br><br> ORDER OF RECUSAL |

ORDER OF RECUSAL

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter pursuant to 28 U.S.C. § 455(a) and to avoid an appearance of impropriety.

This matter is hereby referred to the Chief Judge for reassignment in accordance with the Local Rules of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 29, 2006.

/s/ J. Michael Seabright

J. Michael Seabright
United States District Judge