# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, as true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Milton M. Yasunaga, Esq.<br>Attorney for WILLIAM R.<br>KOWALSKI and HAWAII<br>INTERNATIONAL SEAFOOD, INC. | myasunaga@cades.com | October 9, 2006 |
| William G. Meyer, III, Esq.<br>Attorney for ASIANA MANAGEMENT<br>GROUP, INC. (d/b/a ACE SUSHI) | wmeyer@dwyerlaw.com | October 9, 2006 |
| Gregg M. Ushiroda, Esq.<br>Attorney for JFC INTERNATIONAL, INC. | gushiroda@wik.com | October 9, 2006 |
| Diane D. Hastert, Esq.<br>Gregory W. Kugle, Esq.<br>Tred R. Eyerly, Esq.<br>Attorneys for OSAMU CORPORATION | usdc@hawaiilawyer.com<br>te@hawaiilawyer.com | October 9, 2006 |

DATED: Honolulu, Hawaiʻi, October 9, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.