Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING             2394-0
ALLISON KIRK GRIFFITHS  8156-0
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     ling@ahfi.com
            agriffiths@ahfi.com

Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. CV04-00080 DAE-LEK |
| Plaintiffs, | **AMENDED CERTIFICATE OF SERVICE** |
| v. | [RE: THIRD-PARTY DEFENDANT NISHIMOTO TRADING CO., LTD.'S ANSWER TO THIRD-PARTY COMPLAINT OF ASIANA MANAGEMENT GROUP, INC., FILED ON JULY 21, 2006] |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | |
| Defendant. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | |
| Counterclaimant, | TRIAL:  April 3, 2007 |
| v. | |

| | |
|---|---|
| WILLIAM R. KOWALSKI and<br>HAWAII INTERNATIONAL<br>SEAFOOD, INC., | )<br>)<br>)<br>) |
| Counterclaim Defendants. | ) |
| | )<br>) |
| ASIANA MANAGEMENT GROUP,<br>INC. (d/b/a ACE SUSHI), | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| JFC INTERNATIONAL, INC.;<br>NISHIMOTO TRADING CO., LTD.;<br>OSAMU CORPORATION; JOHN<br>DOES 1-50, JANE DOES 1-50, and<br>DOE PARTNERSHIPS,<br>CORPORATIONS or ENTITIES 1-50, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | )<br>) |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, as true and correct copy of the **Third-Party Defendant Nishimoto Trading Co., Ltd.'s Answer to Third-Party Complaint of Asiana Management Group, Inc., Filed on July 21, 2006** was served on the following at their last known address:

2

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Milton M. Yasunaga, Esq.<br>Attorney for WILLIAM R.<br>KOWALSKI and HAWAII<br>INTERNATIONAL SEAFOOD, INC. | myasunaga@cades.com | October 9, 2006 |
| William G. Meyer, III, Esq.<br>Attorney for ASIANA MANAGEMENT<br>GROUP, INC. (d/b/a ACE SUSHI) | wmeyer@dwyerlaw.com | October 9, 2006 |
| Diane D. Hastert, Esq.<br>Gregory W. Kugle, Esq.<br>Tred R. Eyerly, Esq.<br>Attorneys for OSAMU CORPORATION | usdc@hawaiilawyer.com<br>te@hawaiilawyer.com | October 9, 2006 |

Served by First Class Mail:

| | |
|---|---|
| Kamran Fattahi, Esq.<br>Law Offices of Kamran Fattahi<br>6345 Balboa Blvd., Suite 330 (Bldg. 2)<br>Encino, CA 91316<br><br>Attorney for ASIANA MANAGEMENT<br>GROUP, INC. (d/b/a ACE SUSHI) | October 10, 2006 |
| Gregg M. Ushiroda, Esq.<br>Watanabe Ing & Komeiji, LLP<br>999 Bishop Street, 23rd Floor<br>Honolulu, HI 96813<br><br>Attorney for JFC INTERNATIONAL, INC. | October 10, 2006 |

DATED: Honolulu, Hawaiʻi, October 10, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.