ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING            2394-0
ALLISON KIRK GRIFFITHS  8156-0
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           agriffiths@ahfi.com

Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. <br><br> ─────────────────────── <br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Counterclaimant, | CIVIL NO. CV04-00080 DAE-LEK <br><br> **EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*;** DECLARATION OF STEVEN L. KATZ; DECLARATION OF LOUISE K. Y. ING; CERTIFICATE OF SERVICE <br><br><br><br><br><br> TRIAL: April 3, 2007 |

623,498 / 8494-1

|  |  |
|---|---|
| v. | ) |
|  | ) |
| WILLIAM R. KOWALSKI and | ) |
| HAWAII INTERNATIONAL | ) |
| SEAFOOD, INC., | ) |
|  | ) |
| Counterclaim Defendants. | ) |
|  | ) |
| ASIANA MANAGEMENT GROUP, | ) |
| INC. (d/b/a ACE SUSHI), | ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| JFC INTERNATIONAL, INC.; | ) |
| NISHIMOTO TRADING CO., LTD.; | ) |
| OSAMU CORPORATION; JOHN | ) |
| DOES 1-50, JANE DOES 1-50, and | ) |
| DOE PARTNERSHIPS, | ) |
| CORPORATIONS or ENTITIES 1-50, | ) |
|  | ) |
| Third-Party Defendants. | ) |

## EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*

ALSTON HUNT FLOYD & ING, by Louise K. Y. Ing, hereby applies ex parte for the admission to practice pro hac vice of Steven L. Katz, counsel for Nishimoto Trading Co., Ltd., in Chicago, Illinois, before the Bar of the United States District Court for the District of Hawaii, as co-counsel for Third-Party Defendant Nishimoto Trading Co., Ltd. in this action.

This application is made pursuant to L.R. 83.1(e) and is based upon the declarations of counsel attached hereto.

DATED: Honolulu, Hawaii, October 10, 2006.

/s/ Louise K. Y. Ing
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO.,