IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. | CIVIL NO. CV04-00080 DAE-LEK <br><br> **DECLARATION OF LOUISE K. Y. ING** |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Counterclaimant, <br><br> v. <br><br> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Counterclaim Defendants. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JFC INTERNATIONAL, INC.; | |

623.498 / 8494-1

| | |
|---|---|
| NISHIMOTO TRADING CO., LTD.; OSAMU CORPORATION; JOHN DOES 1-50, JANE DOES 1-50, and DOE PARTNERSHIPS, CORPORATIONS or ENTITIES 1-50, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## DECLARATION OF LOUISE K. Y. ING

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Third-Party Defendant Nishimoto Trading Co., Ltd.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. I consent to being designated as associate counsel with Steven L. Katz in this action. I am an active member in good standing of the bar of the State of Hawaii and this Court. My office address is 18th Floor, American Savings Bank Tower, 1001 Bishop Street, Honolulu, Hawaii 96813, and my office telephone number is (808) 524-1800.

4. I understand and agree that associated counsel shall: (a) at all times meaningfully participate in the preparation and trial of the case with the authority and responsibility to act as attorney of record for all purposes; (b) participate in all court proceedings unless otherwise ordered by the Court, but

need not attend depositions or participate on other discovery; and (c) that any document required or authorized to be served upon counsel by the local or federal rules shall be served upon the associated attorney, which shall be deemed proper and effective service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawaii, on  October 10, 2006 .

_____
LOUISE K. Y. ING