IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | CIVIL NO. CV04-00080 DAE-LEK |
| Plaintiffs, | **DECLARATION OF STEVEN L. KATZ** |
| v. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | |
| Defendant. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | |
| Counterclaimant, | |
| v. | |
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | |
| Counterclaim Defendants. | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | |
| Third-Party Plaintiff, | |
| v. | |
| JFC INTERNATIONAL, INC.; NISHIMOTO TRADING CO., LTD.; OSAMU CORPORATION; JOHN | |

623,498 / 8494-1

```
DOES 1-50, JANE DOES 1-50, and      )
DOE PARTNERSHIPS,                   )
CORPORATIONS or ENTITIES 1-50,      )
                                    )
        Third-Party Defendants.     )
                                    )
_____)
```

## DECLARATION OF STEVEN L. KATZ

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney licensed to practice in the State of Illinois.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. I do not reside in Hawaii, am not regularly employed in Hawaii and do not regularly engage in business, professional, or law-related activities in Hawaii.

4. My residence and office addresses are as follows:

    4027 Picardy Drive
    Northbrook, Illinois 60062

    Masuda, Funai, Eifert & Mitchell, Ltd.
    203 N. LaSalle Street, Suite 2500
    Chicago, IL 60601
    Tel:   (312) 245-7500
    Fax:   (312) 245-7467
    Email: skatz@masudafunai.com

5. I graduated with a Juris Doctorate from Northern Illinois University College of Law in 1992.

6.  I have been admitted to practice in the following courts on the dates indicated below:

> Illinois, 1992
> U.S. District Court for the Northern District of Illinois, 1992
> U.S. District Court for Arizona, 1994
> U.S. Court of Appeals for the Eighth Circuit, 2000

7.  I am of good standing, am eligible and have been admitted to practice in the courts identified above.

8.  I am not currently suspended or disbarred in any other court.

9.  I request admission to appear on behalf of Third-Party Defendant Nishimoto Trading Co., Ltd. I designate Louise K. Y. Ing and Allison Kirk Griffiths to be associated counsel herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois, on  Oct. 6, 2006        .

_____
STEVEN L. KATZ