## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and methods of service noted below, as true and correct copy of the foregoing was served on the following by hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| Milton M. Yasunaga, Esq.<br>Martin E. Hsia, Esq.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br><br>Attorney for WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC. | ( ) | ( X ) |
| William G. Meyer, III, Esq.<br>Patrick K. Shea, Esq.<br>Dwyer Schraff Meyer Grant & Green<br>1800 Pioneer Plaza<br>900 Fort Street Mall<br>Honolulu, HI 96813<br><br>Attorney for ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI) | ( ) | ( X ) |
| Kamran Fattahi, Esq.<br>Law Offices of Kamran Fattahi<br>6345 Balboa Blvd., Suite 330 (Bldg. 2)<br>Encino, CA 91316<br><br>Attorney for ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI) | ( ) | ( X ) |

623.498 / 8494-1

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| Diane D. Hastert, Esq.<br>Gregory W. Kugle, Esq.<br>Tred R. Eyerly, Esq.<br>Damon Key Leong Kupchak Hastert<br>Suite 1600, Pauahi Tower<br>Honolulu, HI 96813 | ( ) | ( X ) |

Attorneys for OSAMU CORPORATION

|  |  |  |
|---|---|---|
| Gregg M. Ushiroda, Esq.<br>Watanabe Ing & Komeiji, LLP<br>999 Bishop Street, 23rd Floor<br>Honolulu, HI 96813 | ( ) | ( X ) |

Attorney for JFC INTERNATIONAL, INC.

DATED: Honolulu, Hawai'i, October 10, 2006.

_/s/ Louise K. Y. Ing_
LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.