# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
| --- | --- |
| Receipt | 236885 |
| Trans | 142222 |

Received From:     **STEVEN L. KATZ**

Case Number:

Reference Number:   **CV 04-80**

| | | |
| --- | --- | --- |
| Check | | 225.00 |
| Total | | 225.00 |

| Description | Fund | Qty | Amount |
| --- | --- | --- | --- |
| PRO HAC VICE | 685513 | 1 | 225.00 |
| | **Total** | | **225.00** |
| | Tend | | 225.00 |
| | Due | | 0.00 |

10/10/2006 11:01:40 AM        Deputy Clerk:  et/DT        _____