Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

LOUISE K. Y. ING                 2394-0
ALLISON KIRK GRIFFITHS   8156-0
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:      ling@ahfi.com
                   agriffiths@ahfi.com

Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAI`I INTERNATIONAL SEAFOOD, INC., <br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI),<br><br>　　　　　Defendant.<br>_____<br>ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI),<br><br>　　　　　Counterclaimant,<br><br>　　v. | CIVIL NO. CV04-00080 DAE-LEK<br><br>**ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE*** |

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAI`I INTERNATIONAL SEAFOOD, INC., | )<br>)<br>)<br>) |
| Counterclaim Defendants. | )<br>) |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| JFC INTERNATIONAL, INC.; NISHIMOTO TRADING CO., LTD.; OSAMU CORPORATION; JOHN DOES 1-50, JANE DOES 1-50, and DOE PARTNERSHIPS, CORPORATIONS or ENTITIES 1-50, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | )<br>) |

**ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE***

Upon review of the ex parte application, declarations of counsel and good cause appearing therefor,

IT IS HEREBY ORDERED that the Ex Parte Application to Appear Pro Hac Vice is GRANTED. Steven L. Katz, counsel for Nishimoto Trading Co., Ltd., is admitted to practice before the Bar of the United States District Court for

the District of Hawai`i as counsel for Third-Party Defendant Nishimoto Trading Co., Ltd., in this action.

      DATED AT HONOLULU, HAWAI`I, October 17, 2006.



      /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

*Kowalski v. Asiana Management Group, Inc.,* Civil No. CV04-00080 DAE-LEK (D. Hawai`i);
**ORDER GRANTING EX PARTE APPLICATION TO APPEAR *PRO HAC VICE***