Kamran Fattahi   (California Bar 150,343)
LAW OFFICES OF KAMRAN FATTAHI
(A Professional Corporation)
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Telephone: (818) 205-0140
Facsimile:  (818) 205-0145
Email: kamran@fattahilaw.com

Of Counsel:
DWYER SCHRAFF MEYER
  GRANT & GREEN
Attorneys at Law, A Law Corporation
WILLIAM G. MEYER, III        2513-0
PATRICK K. SHEA              8387-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Facsimile:  (808) 537-4667
Email:  wmeyer@dwyerlaw.com
        pshea@dwyerlaw.com

Attorneys for Defendant
  ASIANA MANAGEMENT GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>　　　　Defendant. | CIVIL NO. CV04-00080 JMS-LEK <br><br> NOTICE OF CHANGE ADDRESS FOR COUNSEL FOR DEFENDANT ASIANA MANAGEMENT GROUP, INC.; CERTIFICATE OF SERVICE |

259618.1

## NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR DEFENDANT ASIANA MANAGEMENT GROUP, INC.

TO:  MILTON M. YASUNAGA
MARTIN E. HSIA, ESQ.
Cades Schutte LLLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4216

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL
SEAFOOD, INC.

DIANE D. HASERT, ESQ.
GREGORY W. KRUGLE, ESQ.
TRED R. EYERLY, ESQ.
Damon Key Leong Kupchak Hasert
Suite 1600, Pauahi Tower
Honolulu, Hawaii 96813
Attorneys for OSAMU CORPORATION

GREGG M. USHIRODA, ESQ.
Watanabe Ing & Komeiji, LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Attorney for JFC INTERNATIONAL, INC.

LOUISE K. Y. ING, ESQ.
ALLISON KIRK GRIFFITHS, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Third-Party Defendant NISHIMOTO TRADING CO., LTD.

Please take notice that effective October 17, 2006, counsel of record for Defendant

Asiana Management Group, Inc. (d/b/a/ Ace Sushi), KAMRAN FATTAHI, of the

Law Offices of Kamran Fattahi has changed his address to 15303 Ventura

259618.1                                           -2-

Boulevard, Suite 1400, Sherman Oaks, California 91403.  Telephone: (818) 205-0140.

DATED:  Honolulu, Hawaii, October 17, 2006.

/s/ William G. Meyer, III
WILLIAM G. MEYER, III
PATRICK SHEA
Attorneys for Defendant
ASIANA MANAGEMENT GROUP, INC.
(d/b/a ACE SUSHI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI),<br><br>    Defendant. | CIVIL NO. CV04-00080 DAE LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served on October 17, 2006 on the following at their last known address by the method of service noted below:

Served Electronically through CM/ECF:

TO:   MILTON M. YASUNAGA, ESQ.          myasunaga@cades.com
       MARTIN E. HSIA, ESQ.
       Cades Schutte LLLP
       1000 Bishop Street, Suite 1200
       Honolulu, Hawaii  96813-4216
       Attorneys for Plaintiffs
       WILLIAM R. KOWALSKI and
       HAWAII INTERNATIONAL SEAFOOD, INC.

259618.1

DIANE D. HASERT, ESQ.
GREGORY W. KRUGLE, ESQ.          usdc@hawaiilawyer.com
TRED R. EYERLY, ESQ.             te@hawaiilawyer.com
Damon Key Leong Kupchak Hasert
Suite 1600, Pauahi Tower
Honolulu, Hawaii 96813
Attorneys for OSAMU CORPORATION

GREGG M. USHIRODA, ESQ.          gushiroda@wik.com
Watanabe Ing & Komeiji, LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Attorney for JFC INTERNATIONAL, INC.

LOUISE K. Y. ING, ESQ.           ling@ahfi.com
ALLISON KIRK GRIFFITHS, ESQ.     agriffiths@ahfi.com
Alston Hunt Floyd & Ing
1001 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.

DATED: Honolulu, Hawaii, October 17, 2006

/s/ William G. Meyer, III
WILLIAM G. MEYER, III
PATRICK SHEA
Attorneys for Defendant
ASIANA MANAGEMENT GROUP, INC.
(d/b/a ACE SUSHI

259618.1