AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 237038 |
|---|---|
| Trans | 142418 |

Received From: **WATANAGE ING & KOMEIJI**
Case Number: for attorney STEVEN G. TERAOKA
Reference Number: **CV 04-80**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | Total | 225.00 |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |



10/23/2006 10:42:08 AM    Deputy Clerk: bb/AC