ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

378916.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Email: gushiroda@wik.com

LODGED

OCT 23 2006  10:45 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Third-Party Defendant
**JFC INTERNATIONAL, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. <br><br>———————————————— <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Counterclaimant, <br><br> vs. <br><br> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Counterclaim Defendant. | CIVIL NO. CV04-00080 DAE-LEK <br><br> **THIRD-PARTY DEFENDANT JFC INTERNATIONAL, INC.'S *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA; DECLARATION OF JOHN T. KOMEIJI; DECLARATION OF STEVEN G. TERAOKA; ORDER GRANTING THIRD-PARTY DEFENDANT JFC INTERNATIONAL, INC.'S *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA; CERTIFICATE OF SERVICE** <br><br><br> **TRIAL: April 3, 2007** |

```
ASIANO MANAGEMENT GROUP, INC. )
(d/b/a ACE SUSHI),            )
                             )
          Third-Party         )
          Plaintiff,          )
                             )
     vs.                      )
                             )
JFC INTERNATIONAL, INC.;      )
NISHIMOTO TRADING CO., LTD.;  )
OSAMU CORPORATION; JOHN DOES  )
1-50, JANE DOES 1-50, and DOE )
PARTNERSHIPS, CORPORATIONS or )
ENTITIES 1-50,                )
                             )
          Third-Party         )
          Defendants.         )
_____ )
```

**THIRD-PARTY DEFENDANT JFC INTERNATIONAL, INC.'S *EX PARTE*
APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA**

Pursuant to Local Rule ("LR") 83.1(e) of the Local

Rules of Practice for the United States District Court for the

District of Hawaii, Third-Party Defendant JFC INTERNATIONAL, INC.

("JFC") respectfully requests that this Court grant the present

*ex parte* application for admission *pro hac vice* of Steven G.

Teraoka of the law firm of Teraoka & Partners LLP to appear in

this action as co-counsel for JFC.  Attorneys John T. Komeiji and

Gregg M. Ushiroda, and the law firm of Watanabe Ing & Komeiji

LLP, will serve as associated local counsel for JFC in this

action and will continue to participate meaningfully in the

preparation and trial of the case, with the authority and

responsibility to act as attorney of record for JFC for all

- 2 -

purposes.

This *ex parte* application is made in accordance with LR 83.1(e) and is based upon the Declarations of John T. Komeiji and Steven G. Teraoka attached hereto.

DATED: Honolulu, Hawaii, October 23, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
Attorneys for Third-Party Defendant
**JFC INTERNATIONAL, INC.**