IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>　　　　Defendant. | CIVIL NO. CV04-00080 DAE-LEK <br><br>**DECLARATION OF JOHN T. KOMEIJI** |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>　　　　Counterclaimant, <br><br>　vs. <br><br>WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>　　　　Counterclaim Defendant. | **TRIAL: April 3, 2007** |
| ASIANO MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>　　　　Third-Party Plaintiff, <br><br>　vs. <br><br>JFC INTERNATIONAL, INC.; et al., <br><br>　　　　Third-Party Defendants. | |

## DECLARATION OF JOHN T. KOMEIJI

I, JOHN T. KOMEIJI, hereby declare as follows:

1. I am an active member in good standing of the Bar of this Court and maintain my office in the State of Hawaii.

2. I represent Third-Party Defendant JFC INTERNATIONAL, INC. ("JFC") in this action.

3. I am a partner at the law firm of Watanabe Ing & Komeiji LLP, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813, telephone number (808) 544-8300.

4. I consent on my own behalf and on behalf of the law firm of Watanabe Ing & Komeiji LLP to serve as associate counsel with Steven G. Teraoka of the law firm of Teraoka & Partners LLP, who, by this application, seeks *pro hac vice* admission in this action and who has been retained to represent JFC in this matter.

5. In our capacity as associated counsel, my law firm and I will meaningfully participate in the preparation and trial of the case, with the authority and responsibility to act as attorney of record for all purposes.

6. Any document required or authorized to be served upon counsel pursuant to the Federal Rules of Civil Procedure or the Rules of the United States District Court for the District of Hawaii shall be deemed proper and effective service if served upon my office.

7. Included with this Application for Admission *Pro Hac Vice* is a facsimile copy of the signature page to Declaration of Steven G. Teraoka in support of the Application. Pursuant to Local Rule 10.2(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, a facsimile copy of Steven G. Teraoka's signature page is being submitted because it is impracticable to submit the original signature page at this time. The original signature page will be immediately submitted to the Court upon its receipt.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Honolulu, Hawaii, October 23, 2006.

_____
JOHN T. KOMEIJI