IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>　　　　Defendant. | CIVIL NO. CV04-00080 DAE-LEK <br><br>**DECLARATION OF STEVEN G. TERAOKA** |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>　　　　Counterclaimant, <br><br>　vs. <br><br>WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>　　　　Counterclaim Defendant. | TRIAL: April 3, 2007 |
| ASIANO MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>　　　　Third-Party Plaintiff, <br><br>　vs. <br><br>JFC INTERNATIONAL, INC.; et al., <br><br>　　　　Third-Party Defendants. | |

## DECLARATION OF STEVEN G. TERAOKA

I, STEVEN G. TERAOKA, hereby declare as follows:

1. I reside at 55 Stonepine Road, Hillsborough, California, 94010, telephone number (650) 340-8922.

2. I am a partner in the law firm of Teraoka & Partners LLP, which is located at One Embarcadero Center, Suite 1020, San Francisco, California, 94111, telephone number (415) 981-3100.

3. I have been admitted to practice before the following state courts: California (1974).

4. I have been admitted to practice before the following federal courts: Northern District of California (1974); Central District of California (1987); and 9th Circuit (1987).

5. I am in good standing and eligible to practice before the state courts of California and all of the federal courts identified in Paragraph 4.

6. I am not currently suspended or disbarred in any court.

7. I have not made any *pro hac vice* application to this Court concurrently or in the year preceding this application.

8. I am not regularly employed in Hawaii.

9. I do not regularly engage in business,

professional, or law-related activities in Hawaii.

10. I do not reside in Hawaii.

11. I designate John T. Komeiji and Gregg M. Ushiroda of the law firm of Watanabe Ing & Komeiji LLP, who maintain an office at 999 Bishop Street, 23rd Floor, Honolulu, Hawaii, within the Federal District of Hawaii, to serve as associate counsel for Third-Party Defendant JFC INTERNATIONAL, INC. ("JFC") in this matter.

12. John T. Komeiji, Gregg M. Ushiroda, and the law firm of Watanabe Ing & Komeiji LLP will meaningfully participate in the preparation and trial of the case and will have authority and responsibility to act as attorney of record for all purposes.

13. I understand that by being admitted *pro hac vice* in this matter, I am deemed subject to the jurisdiction of this Court with respect to my conduct.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: San Francisco, California, October 19, 2006.

STEVEN G. TERAOKA

- 3 -