IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. | CIVIL NO. CV04-00080 DAE-LEK <br><br> **ORDER GRANTING THIRD-PARTY DEFENDANT JFC INTERNATIONAL, INC.'S *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA** |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Counterclaimant, <br><br> vs. <br><br> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Counterclaim Defendant. | **TRIAL: April 3, 2007** |
| ASIANO MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> JFC INTERNATIONAL, INC.; et al., <br><br> Third-Party Defendants. | |

ORDER GRANTING THIRD-PARTY DEFENDANT
JFC INTERNATIONAL, INC.'*SEX PARTE* APPLICATION
FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA

The Court having considered the *ex parte* application for admission of Steven G. Teraoka to appear *pro hac vice* in this action as counsel for Third-Party Defendant JFC INTERNATIONAL, INC., and the declarations of John T. Komeiji and Steven G. Teraoka, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application and admission of Steven G. Teraoka is hereby GRANTED and that Steven G. Teraoka is admitted *pro hac vice* in this matter as co-counsel with John T. Komeiji, Gregg M. Ushiroda, and the law firm of Watanabe Ing & Komeiji LLP.

Dated: Honolulu, Hawaii, __10/24/06__.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

WILLIAM R. KOWALSKI, et al. v. ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI); CIVIL NO. CV04-00080 DAE-LEK; IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII; ORDER GRANTING THIRD-PARTY DEFENDANT JFC INTERNATIONAL, INC.'S *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA