IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>  Defendant. | CIVIL NO. CV04-00080 DAE-LEK <br><br> **CERTIFICATE OF SERVICE** |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>  Counterclaimant, <br><br> vs. <br><br> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br>  Counterclaim Defendant. | **TRIAL: April 3, 2007** |
| ASIANO MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br>  Third-Party Plaintiff, <br><br> vs. <br><br> JFC INTERNATIONAL, INC.; et al., <br><br>  Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, a true and correct copy of the foregoing document was duly served upon the following attorneys at their last known address via hand-delivery or via U.S. Mail, postage pre-paid, as indicated below:

MILTON M. YASUNAGA, ESQ. (VIA HAND-DELIVERY)
MARTIN E. HSIA, ESQ.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

    Attorneys for Plaintiffs
    **WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.**

KAMRAN FATTAHI, ESQ. (VIA U.S. MAIL)
Law Offices of Kamran Fattahi
6345 Balboa Boulevard, Suite 330 (Building 2)
Encino, California 91316

    and

WILLIAM G. MEYER, III, ESQ. (VIA HAND-DELIVERY)
PATRICK K. SHEA, ESQ.
Dwyer Schraff Meyer Grant & Green
1800 Pioneer Plaza
900 Fort Street
Honolulu, Hawaii 96813

    Attorneys for Defendant and Third-Party Plaintiff
    **ASIANA MANAGEMENT GROUP, INC. (dba ACE SUSHI)**

**LOUISE K.Y. ING, ESQ.** (VIA HAND-DELIVERY)
**ALLISON KIRK GRIFFITHS, ESQ.**
Alston Hunt Floyd & Ing
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813

    Attorneys for Third-Party Defendant
    **NISHIMOTO TRADING CO., LTD.**


**DIANE D. HASTERT, ESQ.** (VIA HAND-DELIVERY)
**GREGORY W. KUGLE, ESQ.**
**TRED R. EYERLY, ESQ.**
Damon Key Leong Kupchak Hastert
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

    Attorneys for Third-Party Defendant
    **OSAMU CORPORATION**


DATED: Honolulu, Hawaii, October 23, 2006.

                                      _____
                                      JOHN T. KOMEIJI
                                      GREGG M. USHIRODA
                                      Attorneys for Third-Party Defendant
                                      **JFC INTERNATIONAL, INC.**