ORIGINAL

379318.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI     #2498-0
GREGG M. USHIRODA   #5868-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Email: gushiroda@wik.com

Attorneys for Third-Party Defendant
**JFC INTERNATIONAL, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. <br><br>———————————————<br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Counterclaimant, <br><br> vs. <br><br> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Counterclaim Defendant. | CIVIL NO. CV04-00080 DAE-LEK <br><br> **THIRD-PARTY DEFENDANT JFC INTERNATIONAL, INC.'S SUBMISSION OF ORIGINAL SIGNATURE PAGE TO THE DECLARATION OF STEVEN TERAOKA AS PART OF "*EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA" LODGED ON OCTOBER 23, 2006; EXHIBIT "1"; CERTIFICATE OF SERVICE** <br><br><br> TRIAL: April 3, 2007 |

```
ASIANO MANAGEMENT GROUP, INC.  )
(d/b/a ACE SUSHI),             )
                               )
        Third-Party            )
        Plaintiff,             )
                               )
    vs.                        )
                               )
JFC INTERNATIONAL, INC.;       )
NISHIMOTO TRADING CO., LTD.;   )
OSAMU CORPORATION; JOHN DOES   )
1-50, JANE DOES 1-50, and DOE  )
PARTNERSHIPS, CORPORATIONS or  )
ENTITIES 1-50,                 )
                               )
        Third-Party            )
        Defendants.            )
                               )
```

**SUBMISSION OF ORIGINAL SIGNATURE PAGE TO THE DECLARATION OF STEVEN TERAOKA AS PART OF "*EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. TERAOKA" LODGED ON OCTOBER 23, 2006**

Pursuant to LR 10.2(e) of the Local Rules of the United States District Court for the District of Hawaii, the undersigned hereby submits, as Exhibit "1" attached hereto, the original signature page to the Declaration of Steven G. Teraoka, a facsimile copy of which was submitted as part of that certain "*Ex Parte* Application for Admission *Pro Hac Vice* of Steven G. Teraoka" lodged herein on October 23, 2006.

DATED: Honolulu, Hawaii, October 25, 2006

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
Attorneys for Third-Party Defendant
**JFC INTERNATIONAL, INC.**