professional, or law-related activities in Hawaii.

10. I do not reside in Hawaii.

11. I designate John T. Komeiji and Gregg M. Ushiroda of the law firm of Watanabe Ing & Komeiji LLP, who maintain an office at 999 Bishop Street, 23rd Floor, Honolulu, Hawaii, within the Federal District of Hawaii, to serve as associate counsel for Third-Party Defendant JFC INTERNATIONAL, INC. ("JFC") in this matter.

12. John T. Komeiji, Gregg M. Ushiroda, and the law firm of Watanabe Ing & Komeiji LLP will meaningfully participate in the preparation and trial of the case and will have authority and responsibility to act as attorney of record for all purposes.

13. I understand that by being admitted *pro hac vice* in this matter, I am deemed subject to the jurisdiction of this Court with respect to my conduct.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: San Francisco, California, October 19, 2006.

_____
STEVEN G. TERAOKA

- 3 -

EXHIBIT "1"