IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | CIVIL NO. CV04-00080 DAE-LEK |
| Plaintiff, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | ) ) ) | |
| Defendant. | ) ) | |
| ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | ) ) ) | **TRIAL: April 3, 2007** |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., | ) ) ) ) | |
| Counterclaim Defendant. | ) ) | |
| ASIANO MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JFC INTERNATIONAL, INC.; et al., | ) ) ) | |
| Third-Party Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, a true and correct copy of the foregoing document was duly served upon the following attorneys at their last known address via hand-delivery or via U.S. Mail, postage pre-paid, as indicated below:

**MILTON M. YASUNAGA, ESQ.** (VIA HAND-DELIVERY)
**MARTIN E. HSIA, ESQ.**
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813

> Attorneys for Plaintiffs
> **WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.**

**KAMRAN FATTAHI, ESQ.** (VIA U.S. MAIL)
Law Offices of Kamran Fattahi
6345 Balboa Boulevard, Suite 330 (Building 2)
Encino, California  91316

> and

**WILLIAM G. MEYER, III, ESQ.** (VIA HAND-DELIVERY)
**PATRICK K. SHEA, ESQ.**
Dwyer Schraff Meyer Grant & Green
1800 Pioneer Plaza
900 Fort Street
Honolulu, Hawaii  96813

> Attorneys for Defendant and Third-Party Plaintiff
> **ASIANA MANAGEMENT GROUP, INC. (dba ACE SUSHI)**

**LOUISE K.Y. ING, ESQ.** (VIA HAND-DELIVERY)
**ALLISON KIRK GRIFFITHS, ESQ.**
Alston Hunt Floyd & Ing
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813

    Attorneys for Third-Party Defendant
    **NISHIMOTO TRADING CO., LTD.**


**DIANE D. HASTERT, ESQ.** (VIA HAND-DELIVERY)
**GREGORY W. KUGLE, ESQ.**
**TRED R. EYERLY, ESQ.**
Damon Key Leong Kupchak Hastert
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

    Attorneys for Third-Party Defendant
    **OSAMU CORPORATION**


DATED: Honolulu, Hawaii, October 25, 2006.

                      _____
                      JOHN T. KOMEIJI
                      GREGG M. USHIRODA
                      Attorneys for Third-Party Defendant
                      **JFC INTERNATIONAL, INC.**