CADES SCHUTTE LLP

MILTON M. YASUNAGA        3058
MARTIN E. HSIA            2954
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (doing business as ACE SUSHI), <br><br> Defendant. | CIVIL NO. 04-00080 DAE-LEK <br><br> CERTIFICATE OF SERVICE <br><br> (RE: HAWAII INTERNATIONAL SEAFOOD, INC.'S AND WILLIAM R. KOWALSKI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO ASIANA MANAGEMENT GROUP, INC.) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2007 an original of

Hawaii International Seafood, Inc.'s and William R. Kowalski's First Request For

Production of Documents and Things to Asiana Management Group, Inc. dated January 3, 2007 was duly served by hand delivery on the following person(s) at their last known address.

> WILLIAM G. MEYER, III, ESQ.
> Dwyer Schraff Meyer Grant & Green
> 900 Fort Street Mall
> 1800 Pioneer Plaza
> Honolulu, HI 96813
>
> Attorneys for Defendant
> ASIANA MANAGEMENT GROUP, INC.

and on Kamran Fattahi by email at kamran@fattahilaw.com.

Also, the undersigned hereby certifies that on January 3, 2007 a copy of Hawaii International Seafood, Inc.'s and William R. Kowalski's First Request For Production of Documents and Things to Asiana Management Group, Inc. dated January 3, 2007 was duly served by U.S. mail on the following person(s) at their last known address.

> JOHN T. KOMEIJI
> GREGG M. USHIRODA
> Watanabe Ing & Komeiji LLP
> 999 Bishop Street
> 23rd Floor, First Hawaiian Center
> Honolulu, HI 96813
>
> Attorneys for Third-Party Defendant
> JFC INTERNATIONAL, INC.

ImanageDB:685629.1

2

LOUISE K. Y. ING
ALLISON KIRK GRIFFITHS
Alston Hunt Floyd & Ing
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, HI 96813

Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.


DIANE D. HASTERT
GREGORY W. KUGLE
TRED R. EYERLY
Damon Key Leong Kupchak Hastert
Pauahi Tower
1001 Bishop St Ste 1600
Honolulu, HI 96813

Attorneys for Third-Party Defendant
OSAMU CORPORATION

Also, the undersigned hereby certifies that, on the January 4, 2007, a true

and correct copy of this Certificate of Service was duly served electronically

through CM/ECF on the following:

| | |
|---|---|
| William G. Meyer , III | wmeyer@dwyerlaw.com |
| Gregg M. Ushiroda | gushiroda@wik.com |
| Louise K.Y. Ing | ling@ahfi.com, dka@ahfi.com |
| Gregory W. Kugle | usdc@hawaiilawyer.com |
| Tred R. Eyerly | te@hawaiilawyer.com, usdc@hawaiilawyer.com |

DATED:  Honolulu, Hawaii, January 4, 2007.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorney for
WILLIAM R. KOWALSKI and HAWAII
INTERNATIONAL SEAFOOD, INC.