# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/08/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00080DAE-LEK |
| CASE NAME: | William R. Kowalski, et al. Vs. Asiana Management Group, Inc. |
| ATTYS FOR PLA: | Milton Yasunaga |
| ATTYS FOR DEFT: | William G. Meyer, III, Gregg Ushiroda, Louise Ing and Gregory Kugle |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | None |
| DATE: | 01/08/2007 | TIME: | 9:08am-9:10am |

COURT ACTION:  EP: Status Conference Re: Trial Date and Other Deadlines-New Dates and Deadline to be set.  The present Trial and Final PreTrial Conference Dates and other Scheduling Deadlines are hereby Vacated.

1.   Jury trial on August 28, 2007 at 9:00 a.m. before DAE
2.   Final Pretrial Conference on July 17, 2007 at 9:00 a.m. before LEK
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by July 10, 2007
5.   File motions to Join/Add Parties/Amend Pleadings Closed.
6.   File other Non-Dispositive Motions by May 30, 2007
7.   File Dispositive Motions by March 28, 2007
8a.  File Motions in Limine by August 7, 2007
8b.  File opposition memo to a Motion in Limine by August 14, 2007
11a. Plaintiff's Expert Witness Disclosures by April 10, 2007
11b. Defendant's Expert Witness Disclosures by May 10, 2007
12.  Discovery deadline June 29, 2007
13.  Settlement Conference set for  at  before February 09, 2007 @9:00 a.m. before LEK
14.  Settlement Conference statements by February 02, 2007
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 14, 2007
21.  File Final witness list by August 7, 2007

24. Exchange Exhibit and Demonstrative aids by July 31, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 7, 2007
26. File objections to the Exhibits by August 14, 2007
28a. File Deposition Excerpt Designations by August 7, 2007
28b. File Deposition Counter Designations and Objections by August 14, 2007
29. File Trial Brief by August 14, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: Third Party Plaintiffs Expert Witness Disclosure-April 10, 2007 and Third Party Defendants Expert Witness Disclosure May 10, 2007.

Submitted by Leslie L. Sai, Courtroom Manager