IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI, ET AL. ) | CIVIL NO. 04-00080 DAE-LEK |
| ) | |
| Plaintiffs,       ) | ORDER OF RECUSAL |
| ) | |
| vs.       ) | |
| ) | |
| ASIANA MANAGEMENT GROUP,  ) | |
| INC., dba ACE SUSHI,      ) | |
| ) | |
| Defendants.       ) | |
| _____ ) | |

ORDER OF RECUSAL

This Court could be construed as having an interest in the outcome of the litigation.  This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter to avoid even the appearance of impropriety.

DATED:  Honolulu, Hawai'i, January 29, 2007.



      /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge