# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| **CASE NUMBER:** | CV04-00080DAE-KSC |
| **CASE NAME:** | William R. Kowalski, et al. vs. Asiana Management Group, Inc., dba Ace Sushi |
| **ATTYS FOR PLA:** | Milton Yasunaga |
| **ATTYS FOR DEFT:** | Patrick Shea for William Meyer |
| | Louise Ing |
| | Gregg Ushiroda |
| | Tred Eyerly for Gregory Kugle |
| **INTERPRETER:** | |

| | | | |
|---|---|---|---|
| **JUDGE:** | Kevin S. C. Chang | **REPORTER:** | C6 - no record |
| **DATE:** | 1/31/2007 | **TIME:** | 8:40-9:00am |

COURT ACTION:  EP: Status Conference.  Discussion held regarding 2/9/07 Settlement Conference.  Settlement Conference will begin on 2/8/07 (Day 1) at 10:30am and continue on 2/9/07 (Day 2) at 9:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager