KAMRAN FATTAHI (California Bar 150343)
LAW OFFICES OF KAMRAN FATTAHI
15303 Ventura Blvd., Suite 1400
Sherman Oaks, California 91403
Tel: (818) 205-0140
Fax: (818) 205-0145
Email: Kamran@FattahiLaw.com

Of Counsel:
DWYER SCHRAFF MEYER
  GRANT & GREEN
Attorneys at Law, A Law Corporation
WILLIAM G. MEYER, III         2513-0
PATRICK K. SHEA               8387-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 524-8000
Facsimile: (808) 537-4667
Email:  wmeyer@dwyerlaw.com
        pshea@dwyerlaw.com

Attorneys for Third-Party Plaintiff
  ASIANA MANAGEMENT GROUP, INC.
  (d/b/a ACE SUSHI)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), | CIVIL NO. CV04-00080 JMS-LEK<br><br>CERTIFICATE OF SERVICE<br><br>[DEFENDANT ASIANA MANAGEMENT GROUP, INC.'S RESPONSE TO PLAINTIFF KOWALSKI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES]<br><br>Trial Date:    April 3, 2007 |

261352.1

-2-

>
> Defendant.
>
> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI),
>
> Counterclaimant,
>
> v.
>
> WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,
>
> Counterclaim Defendants.
>
> _____
>
> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI),
>
> Third-Party Plaintiff
>
> v.
>
> JFC INTERNATIONAL, INC.; NISHIMOTO TRADING CO., LTD.; OSAMU CORPORATION; JOHN DOES 1-50, JANE DOES 1-50, and DOE PARTNERSHIPS, CORPORATIONS or ENTITIES 1-50,
>
> Third-Party Defendants.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANT ASIANA MANAGEMENT GROUP, INC.'S RESPONSE TO WILLIAM R. KOWALSKI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES; CERTIFICATE OF SERVICE was served by depositing the same in the U.S. Mail, postage prepaid, upon the following parties on February 2, 2007:

TO:    MILTON M. YASUNAGA, ESQ.          myasunaga@cades.com
       MARTIN E. HSIA, ESQ.
       Cades Schutte LLLP
       1000 Bishop Street, Suite 1200
       Honolulu, Hawaii 96813-4216
       Attorneys for Plaintiffs
       WILLIAM R. KOWALSKI and
       HAWAII INTERNATIONAL SEAFOOD, INC.

       DIANE D. HASERT, ESQ.
       GREGORY W. KRUGLE, ESQ.          usdc@hawaiilawyer.com
       TRED R. EYERLY, ESQ.                 te@hawaiilawyer.com
       Damon Key Leong Kupchak Hasert
       Suite 1600, Pauahi Tower
       Honolulu, Hawaii 96813
       Attorneys for OSAMU CORPORATION

       GREGG M. USHIRODA, ESQ.          gushiroda@wik.com
       Watanabe Ing & Komeiji, LLP
       999 Bishop Street, 23rd Floor
       Honolulu, Hawaii 96813
       Attorney for JFC INTERNATIONAL, INC.

261352.1

-2-

| | |
|---|---|
| LOUISE K. Y. ING, ESQ. | ling@ahfi.com |
| ALLISON KIRK GRIFFITHS, ESQ. | agriffiths@ahfi.com |

Alston Hunt Floyd & Ing
1001 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.

DATED: Honolulu, Hawaii, February 2, 2007.

                        /s/ Patrick K. Shea
                        WILLIAM G. MEYER, III
                        PATRICK K. SHEA
                        Attorneys for Defendant
                        ASIANA MANAGEMENT GROUP, INC.
                        (d/b/a ACE SUSHI)