Kamran Fattahi   (California Bar 150,343)
LAW OFFICES OF KAMRAN FATTAHI
(A Professional Corporation)
6345 Balboa Blvd., Suite 330 (Bldg. 2)
Encino, CA 91316
Telephone: (818) 996-0015
Facsimile:  (818) 996-0095
Email: kfattahi@earthlink.net

Of Counsel:
DWYER SCHRAFF MEYER
  GRANT & GREEN
Attorneys at Law, A Law Corporation
WILLIAM G. MEYER, III      2513-0
PATRICK K. SHEA            8387-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Facsimile:  (808) 537-4667
Email:  wmeyer@dwyerlaw.com
        pshea@dwyerlaw.com

Attorneys for Defendant
   ASIANA MANAGEMENT GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC. (d/b/a ACE SUSHI), <br><br> Defendant. | CIVIL NO. CV04-00080 JMS-LEK <br><br> CERTIFICATE OF SERVICE <br><br> [DEFENDANT ASIANA MANAGEMENT GROUP, INC.'S RESPONSE TO PLAINTIFF KOWALSKI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS] |

261358.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANT ASIANA MANAGEMENT GROUP, INC.'S RESPONSE TO PLAINTIFF KOWALSKI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS; CERTIFICATE OF SERVICE was served by depositing the same in the U.S. Mail, postage prepaid, upon the following parties on February 2, 2007:

TO:  MILTON M. YASUNAGA, ESQ.             myasunaga@cades.com
     MARTIN E. HSIA, ESQ.
     Cades Schutte LLLP
     1000 Bishop Street, Suite 1200
     Honolulu, Hawaii 96813-4216
     Attorneys for Plaintiffs
     WILLIAM R. KOWALSKI and
     HAWAII INTERNATIONAL SEAFOOD, INC.

     DIANE D. HASERT, ESQ.
     GREGORY W. KRUGLE, ESQ.           usdc@hawaiilawyer.com
     TRED R. EYERLY, ESQ.              te@hawaiilawyer.com
     Damon Key Leong Kupchak Hasert
     Suite 1600, Pauahi Tower
     Honolulu, Hawaii 96813
     Attorneys for OSAMU CORPORATION

     GREGG M. USHIRODA, ESQ.           gushiroda@wik.com
     Watanabe Ing & Komeiji, LLP
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813
     Attorney for JFC INTERNATIONAL, INC.

LOUISE K. Y. ING, ESQ. ling@ahfi.com
ALLISON KIRK GRIFFITHS, ESQ. agriffiths@ahfi.com
Alston Hunt Floyd & Ing
1001 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Third-Party Defendant
NISHIMOTO TRADING CO., LTD.

DATED: Honolulu, Hawaii, February 2, 2007.

/s/ Patrick K. Shea
WILLIAM G. MEYER, III
PATRICK K. SHEA
Attorneys for Defendant
ASIANA MANAGEMENT GROUP, INC.
(d/b/a ACE SUSHI)