# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00080DAE-KSC |
| CASE NAME: | William R. Kowalski, et al. vs. Asiana Management Group, Inc., dba Ace Sushi |
| ATTYS FOR PLA: | Milton Yasunaga |
| ATTYS FOR DEFT: | William Meyer<br>Steven Teraoka<br>Louise Ing<br>Steven Katz<br>John Komeiji<br>Gregg Ushiroda<br>Gregory Kugle |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 2/8/2007 | TIME: | 10:35-11:55am<br>1:30-4:00pm |

COURT ACTION:  EP: Settlement Conference (Day 1).  Settlement Conference held. Further Settlement conference set 2/9/07 at 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager