# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00080DAE-KSC |
| CASE NAME: | William R. Kowalski, et al. vs. Asiana Management Group, Inc., dba Ace Sushi |
| ATTYS FOR PLA: | Milton Yasunaga |
| ATTYS FOR DEFT: | Kamran Fattahi<br>William Meyer<br>Steven Teraoka<br>Louise Ing<br>Steven Katz<br>Gregg Ushiroda<br>Brandon Davidson<br>Gregory Kugle<br>Christine Kubota |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 2/9/2007 | TIME: | 9:00-12:00pm<br>1:30-6:45pm |

COURT ACTION:  EP: Further Settlement Conference (Day 2). Settlement Conference held. Based on the representations by counsel, settlement to be placed on the record on 2/14/07 at 3:45pm before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager