# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII  

2/14/2007 4:30 pm  

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00080DAE-KSC |
| CASE NAME: | William R. Kowalski, et al. vs. Asiana Management Group, Inc., dba Ace Sushi |
| ATTYS FOR PLA: | Milton Yasunaga, by phone |
| ATTYS FOR DEFT: | Kamran Fattahi, by phone<br>William Meyer<br>Louise Ing, by phone<br>John Komeiji, by phone<br>Gregory Kugle, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/14/2007 | TIME: | 3:48:25-4:00:09pm |

COURT ACTION: EP: Settlement on the Record. Discussion held. Counsel unable to agree on language regarding one issue. No settlement placed on the record today. The Court will set another Further Settlement Conference with all principals present in two weeks. Counsel to check their respective calendars and contact the Court to schedule a Further Settlement Conference. If counsel are unable to agree on a date, the Court will set a Further Settlement Conference and issue an order requiring attendance at settlement conference.

Submitted by: Shari Afuso, Courtroom Manager