# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00080DAE-KSC |
| CASE NAME: | William R. Kowalski, et al. vs. Asiana Management Group, Inc., dba Ace Sushi |
| ATTYS FOR PLA: | Milton Yasunaga, by phone |
| ATTYS FOR DEFT: | Kamran Fattahi, by phone<br>William Meyer<br>Louise Ing, by phone<br>John Komeiji, by phone<br>Gregory Kugle, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/27/2007 | TIME: | 10:51-11:05:13am<br>**(SEALED HEARING)** |

COURT ACTION:  EP: Settlement on the Record.  Settlement reached.  Terms stated **UNDER SEAL.**

Based upon representations by counsel, the Court finds that the essential terms of a valid and binding settlement agreement have been stated.  The deadline for filing of the Dismissal is 3/30/07.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
7/17/07, 9:00am, Final Pretrial Conference, Judge Chang
8/28/07, 9:00am, Jury Trial, Judge Ezra

Submitted by: Shari Afuso, Courtroom Manager