CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058
MARTIN E. HSIA         2954
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
E-mail: myasunaga@cades.com

Attorneys for Plaintiffs
WILLIAM R. KOWALSKI and
HAWAII INTERNATIONAL SEAFOOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASIANA MANAGEMENT GROUP, INC., <br><br> Defendants, <br><br> v. <br><br> OSAMU CORP., NISHIMOTO TRADING CO., LTD., JFC INTERNATIONAL INC., <br><br> Third-Party Defendants. | CIVIL NO. 04-00080 DAE-KSC <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER <br><br><br> TRIAL: August 28, 2007 <br> JUDGE: Hon. David A. Ezra |

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO
SETTLEMENT; ORDER

Plaintiffs WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., Defendant ASIANA MANAGEMENT GROUP, INC., Third-Party Defendants OSAMU CORP., NISHIMOTO TRADING CO., LTD., and JFC INTERNATIONAL INC., all by and through their attorneys, pursuant to the Confidential Settlement Agreement entered into by all parties and having an Effective Date of March 29, 2007, stipulate to the dismissal of all claims in this action with prejudice, pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, and L.R. 10.4 and 41.1, each party to bear its own fees and costs.

Pursuant to the parties' understanding and the agreement of the Court, this Court will retain jurisdiction to resolve any dispute regarding the form and terms of the parties' settlement and to enforce the parties' settlement agreement.

This Stipulation has been signed by all parties who have appeared in this action.  There are no remaining claims.  Trial was set for August 28, 2007.

DATED:  Honolulu, Hawaii, March 30, 2007.

---

William R. Kowalski, et al. v. Asiana Management Group, Inc., et al.; Civil No. 04-00080 DAE-KSC; United States District Court, District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER

/s/ Milton M. Yasunaga
Milton M. Yasunaga, counsel for
William R. Kowalski and Hawaii
International Seafood, Inc.

/s/ Kamran Fattahi
Kamran Fattahi,
William G. Meyer, III, counsel for
Asiana Management Group, Inc.

/s/ Gregg M. Ushiroda
Steven G. Teraoka,
John T. Komeiji,
Gregg M. Ushiroda, counsel for
JFC International Inc.

/s/ Tred R. Eyerly
Diane D. Hastert,
Gregory W. Kugle,
Tred R. Eyerly, counsel for-
Osamu Corp.

/s/ Louise K. Y. Ing
Louise K.Y. Ing,
Stephen L. Katz, counsel for
Nishimoto Trading Co., Ltd.

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii,  March 30, 2007.

_____
David Alan Ezra
United States District Judge

-------------------------------------------------------------------------------------------------------------
William R. Kowalski, et al. v. Asiana Management Group, Inc., et al.; Civil No. 04-00080 DAE-KSC; United States District Court, District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER